# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| REBEKAH SWEET, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | Civil No. 2:18-CV-1683-MAT <br><br><br> ORDER |

IT IS HEREBY ORDERED THAT following consideration of Defendant's Stipulated Motion for Remand, the Court REVERSES the Commissioner's decision in this matter and REMANDS the case to the Commissioner.

On remand, the Commissioner must: (1) reevaluate the medical evidence, including longitudinal treatment notes pertaining to Plaintiff's physical and mental impairments; (2) reweigh the medical opinion evidence; (3) reevaluate Plaintiff's testimony in light of any new evidentiary determinations; and (4) continue the sequential regulatory disability analysis as necessary. Plaintiff may seek reasonable attorney fee awards under the Equal Access to Justice Act, 24 U.S.C. § 2412 on proper application.

Page 1     ORDER - [2:18-CV-1683-MAT]

The Court REMANDS this case under 42 U.S.C. § 405(g) sentence four. The Clerk is directed to enter judgment under Fed. R. Civ. P. 58. The Court vacates the briefing schedule.

DATED this 7th day of May, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Michael Howard
MICHAEL HOWARD
Special Assistant U.S. Attorney

Anne Marie King
Of Counsel
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
michael.howard@ssa.gov